# United States District Court

## Southern District of Georgia

Lindsey M. Barr

_____
Plaintiff

v.

Heather Tucker, et al.,

_____
Defendant

Case No. ___4:22-cv-00226___

Appearing on behalf of

___Plaintiff___
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 5th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Philip A. Sechler

Business Address: Alliance Defending Freedom
Firm/Business Name

44180 Riverside Pkwy
Street Address

Lansdowne   VA   20176
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

571-707-4655
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: psechler@adflegal.org