**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LINDSEY M. BARR<br><br>Plaintiff,<br><br>v.<br><br>HEATHER TUCKER, in her official and personal capacities as Principal of McAllister Elementary School, *et al.*<br><br>Defendants. | CIVIL ACTION NO.:<br>4:22-CV-00226-WTM-CLR |

**DECLARATION OF DEFENDANT HEATHER TUCKER**

I, Ms. Heather Tucker, pursuant to 28 U.S.C. § 1746, state as follows:

1.

My name is Heather Tucker. I am over the age of 21, suffer no legal disability, and make this Declaration on the basis of my personal knowledge. I am currently, and at all relevant time period in this lawsuit, Principal of McAllister Elementary School ("MES") in the Bryan County School District ("School District"). I understand that this Declaration will be used in support of the Defendants' Response to Plaintiff's Motion for Preliminary Injunction.

2.

Plaintiff's speech, personal or religious beliefs were not factors in my decision that Plaintiff could no longer serve as a substitute teacher at the MES. There were a number of incidents that led to my decision. Some of those include the following:

(a) While Plaintiff was serving as a substitute teacher, there were multiple times where she would go to her children's teachers to address matters related to her children. In

1

some of those times, the teachers Plaintiff sought out were supervising the students in their classes. Plaintiff should have spoken to her children's teachers at times when she was not substituting, such as before or after school hours, when teachers normally talk or meet with parents.

(b) While Plaintiff was serving as a substitute teacher, she took a picture of a poster in the teacher's classroom about human rights. Included in that poster was a reference to a right to marry and had a small picture of a gay couple. While she was substituting, Plaintiff sent that picture to at least one parent, claiming that the poster was throughout the school. That resulted in the parent questioning a teacher who did not have the poster in her classroom. I was aware of this incident in early April 2022 and believed at that time, and now, that Plaintiff's objection to gay marriage was based on her religious beliefs.

(c) Regarding the book *All Are Welcome*: Plaintiff was substituting when she complained to her children's teachers about the book. With one teacher, she complained about the book in the school hallway in the presence of her students, as well as the students of the teacher.

(d) Several teachers have informed me that they do not want Plaintiff subbing for them due to disruptions she has caused at school.

3.

Plaintiff should have been focusing on her duties as a substitute teacher and not spend that time addressing personal issues related to her children with her children's teachers or sharing her views about books or reading activities with other teachers. Plaintiff caused a disruption to the school day, as reflected in teachers not wanting her to be a substitute in their class.

4.

I was also concerned about the possible bias Plaintiff may have toward students who are homosexual or students who have parents who are homosexual or interracial couples, due to our phone conversation before the meeting. I believe that our job as educators is to serve all students who come to us, regardless of their race, gender, ethnicity, sexual orientation or family background.

I declare under the penalty of perjury that the foregoing is true and correct.

**Date: October 21, 2022**                            */s/ Heather Tucker*