# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **LINDSEY M. BARR**,<br><br>*Plaintiff,*<br><br>v.<br><br>**HEATHER TUCKER**, in her official and personal capacities as Principal of McAllister Elementary School,<br><br>**DEBI MCNEAL**, in her official and personal capacities as Director of Human Resources for Bryan County Schools,<br><br>**PAUL BROOKSHER**, in his official and personal capacities as Superintendent of Bryan County Schools,<br><br>and<br><br>**TREY ROBERTSON,** in his official and personal capacities as Assistant Superintendent of Teaching and Learning,<br><br>*Defendants.* | Civil Action No.: 4:22-CV-00226-WTM-CLR |

## DECLARATION OF LINDSEY M. BARR

I, Lindsey M. Barr, hereby do testify and state as follows:

1. I am the Plaintiff in this matter. I submit this declaration in response to the Declaration of Heather Tucker filed in support of Defendants' Response to my Motion for Preliminary Injunction. I have personal knowledge of all of the matters addressed herein.

2. I have never gone to my children's teachers while performing my duties as a substitute at McAllister Elementary School ("McAllister") to address matters relating to my children. Notably, Ms. Tucker did not mention I ever did such a thing during our meeting of August 23, 2022, when she advised me of the reasons for my termination. And before I was terminated, Ms. Tucker never advised me of any concern whatsoever in that regard.

3. The picture I took of the classroom poster Ms. Tucker addresses on page 2 of her Declaration is addressed in paragraph 43 of my Verified Complaint. I sent that picture in April 2022 without accompanying text to one friend with a child at McAllister, but I did not interrupt any teaching responsibilities to do so and there was no disruption associated with that picture whatsoever. I never claimed that the poster is throughout the school. Notably, although Ms. Tucker says she was "aware of this [poster] incident in early April 2022," she did not raise any concern about it with me then or at any time during that school year.

4. Ms. Tucker's claim that I "was substituting" when I expressed concerns about "All Are Welcome" to my children's teachers is not true. I conveyed my concerns to my third-grader's teacher on the evening of August 15, the night before I substituted on August 16, and I did not convey those concerns again to her while I was at school. A copy of the message I sent my son's third grade teacher on the evening of August 15 is attached as Exhibit A.

5. The brief discussion I had with my first-grader's teacher about the book (addressed in paragraph 39 of my Verified Complaint) occurred in the school hallway before 7 a.m. on August 16—which was before I began my job duties, the first of which was to attend morning "drop off" at 7 a.m. This conversation did not have any impact on any function of the school whatsoever. Because students are generally not permitted into the school before 7 a.m., this conversation did not occur in the presence of my students or the other teacher's students, and in any event occurred out of earshot of anyone who might have been in any classroom.

6. Before I was terminated, Ms. Tucker never suggested that I had caused or contributed to any disruption in the school or told me that any teachers said they did not want me subbing for them. Up until being locked out of the Bryan County Schools' substitute teaching platform, I was being offered numerous opportunities to substitute in many classrooms throughout McAllister.

7. I have never disrupted school operations in any way or interfered with the learning environment; and Ms. Tucker's suggestion that I did so bothers me greatly, as I am a teacher who firmly believes in the mission of educators to first and foremost respect, love, and educate all of the students in the school, regardless of their skin color, ethnicity, religion, and/or family background. I have no bias toward students who identify as gay or students who have parents who are an interracial couple or who identify as gay. I serve all students equally.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the above is true and correct to the best of my knowledge.

Executed this 24th day of October, 2022, in Richmond Hill, Georgia.

*[signature]*

Lindsey M. Barr

# EXHIBIT A




**MON 8/15/22 AT 8:42 PM**

Hey ▮

I saw/heard you guys went to the library today. Very, very concerned about the book ▮ ▮ chose to read aloud. Can you help me out with how the conversation with your students went in regards to the book, story and various illustrations?



Hey! She didn't read us a book today! Where did you hear that?

Well, I'm super glad she didn't read it.



57m · 

"All Are Welcome" is this week's read aloud at Camp Read S'more, and guess what??? Tomorrow night, right here on FB, the author and illustrator are having a Read Along, Draw Along sponsored by Crayola! Anyone with elementary aged kiddos, this is a wonderful opportunity! So click here to read more info or to join Weds. night at 7:00 pm! https://fb.me/e/2AxDJqCFw

**READ ALONG, DRAW ALONG**

Send a message, photo, or voice clip

       Send



I listened to it on YouTube after i saw this post.

Going to be a hard pass for the Barr fam.

 Gotcha! Yeah she didn't read to us today!

Thanks for responding so late to me.

No problem! 😃

 I'll listen to that book too! Thanks for letting me know!

It's not as much the message as the illustrations. I'm ALL for kindness and acceptance.... No need to parade allllllllll the things.