IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LINDSEY M. BARR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV422-226 ) |
| HEATHER TUCKER, in her official and personal capacities as Principal of McAllister Elementary School; DEBI MCNEAL, in her official and personal capacities as Director of Human Resources for Bryan County Schools; and PAUL BROOKSHER, in his official and personal capacities as Superintendent of Bryan County Schools; | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## O R D E R

Before the Court is the parties' joint Stipulation of Dismissal. (Doc. 35.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Because all parties have signed the stipulation of dismissal, the parties' request (Doc. 35) is **GRANTED**. Accordingly, at the parties' request, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of April 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA